562 S.E.2d 422 (2002)
355 N.C. 485
Brenda Gail BRADLEY, individually and as Administratrix for the Estate of Harvey Lee Bradley, Sr.; and Sonya Annette Bradley
v.
HIDDEN VALLEY TRANSPORTATION, INC.
No. 29A02.
Supreme Court of North Carolina.
May 10, 2002.
Simpson Kuehnert Vinay & Bellas, P.A., by Daniel A. Kuehnert, Morganton, for plaintiff-appellants.
Roberts & Stevens, P.A., by Kenneth R. Hunt and Frank P. Graham, Asheville, for defendant-appellee.
PER CURIAM.
AFFIRMED.